**People of the State of Illinois, Plaintiff-Appellee, v. Charles W. Zaeske, Defendant-Appellant.**

Gen. No. 65–52. 

Second District.

December 29, 1965.

Richard W. Husted, of Elgin, for appellant; William R. Ketcham, Esq., State's Attorney, and Raymond M. Strass, Assistant State's Attorney, both of Carpentersville (Raymond M. Strass, of counsel), for appellee. Opinion by JUSTICE ABRAHAMSON. **Not to be published in full.**